IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                        CRIMINAL NO. 14-CR-30001-DRH

TERRY L. ADCOCK,

        Defendant.

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On April 14, 2014, this court entered an order for forfeiture against defendant Terry L. Adcock for the following property which had been seized from the defendant:

**One Gateway desktop computer, Model ZX6971, bearing serial number SNID22800601163, with blue tooth mouse and keyboard;**

**and**

**One Dell Inspiron laptop computer, bearing serial tag number 9F7X081.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April

19, 2014, and ending May 18, 2014, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on April 14, 2014, namely:

> **One Gateway desktop computer, Model ZX6971, bearing serial number SNID22800601163, with blue tooth mouse and keyboard; and**
>
> **One Dell Inspiron laptop computer, bearing serial tag number 9F7X081.**

The property custodian for the Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Federal Bureau of Investigation or the United States Marshal.

**IT IS SO ORDERED.**

Signed this 18th day of July, 2014.

Digitally signed by David R. Herndon
Date: 2014.07.18 15:44:00 -05'00'

**Chief Judge**
**United States District Court**